```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HEALTHCARE SERVICES GROUP, INC. :      CIVIL ACTION
                                :
            v.                  :
                                :
TIMOTHY FAY, et al.             :      NO. 13-66
```

PRELIMINARY INJUNCTION

AND NOW, this 22nd day of May, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of plaintiff Healthcare Services Group, Inc. for a preliminary injunction against defendants Timothy Fay and Richard Konopka is GRANTED as follows:

(1)  defendant Timothy Fay is preliminarily enjoined to and including September 5, 2014 from, either solely or jointly with, or as manager or agent for defendant The Senova Group or any person, corporation, trust, joint venture, partnership, or other business entity, directly or indirectly, carrying on or being engaged or interested in (whether as employee, sole proprietor, partner, consultant, or owner,) any housekeeping, laundry, linen, and/or food service business, in any form whatsoever, which services senior living facilities and nursing homes in the states of New York or Connecticut;

(2)  defendant Richard Konopka is preliminarily enjoined to and including October 9, 2014 from, either solely or jointly with, or as manager or agent for defendant The Senova Group or any person, corporation, trust, joint venture,

partnership, or other business entity, directly or indirectly, carrying on or being engaged or interested in (whether as employee, sole proprietor, partner, consultant, or owner,) any housekeeping, laundry, linen, and/or food service business, in any form whatsoever, which services senior living facilities and nursing homes in the states of New York or Connecticut;

    (3) the motion of plaintiff Healthcare Services Group, Inc. for preliminary injunctive relief is otherwise DENIED; and

    (4) plaintiff Healthcare Services Group, Inc. shall give security in the amount of $50,000 in accordance with Rule 65(c) of the Federal Rules of Civil Procedure.

                       BY THE COURT:

                       /s/ Harvey Bartle III
                                       J.