IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HEALTHCARE SERVICES GROUP, INC. : CIVIL ACTION
:
v. :
:
TIMOTHY FAY, et al. : NO. 13-66

ORDER

AND NOW, this 14th day of October, 2015, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that motion of defendants Timothy Fay and Richard Konopka to compel arbitration (Doc. #58) is GRANTED. Healthcare Services Group, Inc.'s claims in this court against Timothy Fay and Richard Konopka are stayed pending resolution of any arbitration proceedings.

BY THE COURT:

/s/ Harvey Bartle III_____
J.